Kent F. Larsen, Esq.
Nevada Bar No. 3463
Chet A. Glover, Esq.
Nevada Bar No. 10054
SMITH LARSEN & WIXOM
Hills Center Business Park
1935 Village Center Circle
Las Vegas, Nevada 89134
Tel: (702) 252-5002
Fax: (702) 252-5006
Email: kfl@slwlaw.com
       cag@slwlaw.com
Attorneys for Plaintiffs
JPMorgan Chase Bank, N.A. and
Federal National Mortgage Association

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JPMORGAN CHASE BANK, N.A., and FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>Plaintiffs,<br><br>vs.<br><br>RESOURCES GROUP, LLC AS TRUSTEE OF 7290 SHEARED CLIFF LANE UN 102 TRUST, and SOLANA DEL MAR COMMUNITY ASSOCIATION,<br><br>Defendants. | CASE NO: 2:17-cv-00225-JCM-NJK<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE RESPONSE TO MOTION TO DISMISS FIRST AMENDED COMPLAINT**<br><br>**(First Request)** |

Plaintiffs JPMorgan Chase Bank, N.A. and Federal National Mortgage Association (collectively "**Plaintiffs**") and Defendant 7290 Sheared Cliff Lane Un 102 Trust (the "**Trust**"), by and through their respective counsel of record hereby stipulate and agree that

1

Plaintiffs shall have up to, and including, April 3, 2017 to file a response to the Trust's Motion to Dismiss First Amended Complaint (Doc. 12) that was filed on March 1, 2017.

| SMITH LARSEN & WIXOM | LAW OFFICES OF MICHAEL F. BOHN, ESQ. |
|---|---|
| Dated this 7th day of March, 2017. | Dated this 7th day of March, 2017. |
| /s/ Chet A. Glover<br>Kent F. Larsen, Esq.<br>Nevada Bar No. 3463<br>Chet A. Glover, Esq.<br>Nevada Bar No. 10054<br>1935 Village Center Circle<br>Las Vegas, Nevada 89134<br>Attorneys for Plaintiffs<br>JPMorgan Chase Bank, N.A. and<br>Federal National Mortgage Association | /s/ Michael F. Bohn<br>Michael F. Bohn, Esq.<br>Nevada Bar No. 1641<br>376 East Warm Springs Road, Ste. 140<br>Las Vegas, Nevada 89119<br>Attorneys for Defendant<br>7290 Sheared Cliff Lane Un 102 Trust |

## **ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATE: March 15, 2017

2