ASHLIE L. SURUR, ESQ.
Nevada Bar No. 11290
asurur@lawhjc.com

**HALL, JAFFE & CLAYTON, LLP**
7425 Peak Drive
Las Vegas, Nevada 89128
(702) 316-4111
Fax (702)316-4114

*Attorneys for Solana Del Mar Community Association*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JPMORGAN CHASE BANK, N.A., and FEDERAL NATIONAL MORTGAGE ASSOCIATION<br><br>Plaintiffs,<br><br>vs.<br><br>RESOURCES GROUP, LLC AS TRUSTEE OF 7290 SHEARED CLIFF LANE UN 102 TRUST, and SOLANA DEL MAR COMMUNITY ASSOCIATION,<br><br>Defendants. | Case No.: 2:17-CV-00225-JCM-NJK<br><br>**STIPULATION AND ORDER TO SET ASIDE DEFAULT** |

JPMorgan Chase Bank, N.A. and Federal National Mortgage Association, by and through their attorneys of record Kent F. Larsen, Esq. and Chet A. Glover, Esq of the law firm Smith Larsen & Wixom, and Defendant Solana Del Mar Community Association, by and through its attorney of record, Ashlie L. Surur, Esq. of Hall, Jaffe & Clayton, LLP, stipulate as follows:

1. The parties stipulated to set aside the Default (ECF No. 23) entered in this matter on March 22, 2017.

/ / /

/ / /

/ / /

/ / /

/ / /

1

2. Solana Del Mar Community Association will file and serve its answer within seven (7) days of entry of the order on this stipulation.

| Dated: June 13, 2017. | Dated: June 13, 2017. |
|---|---|
| HALL JAFFE & CLAYTON, LLP | SMITH LARSEN & WIXOM |
| By:_/s/Ashlie L. Surur_____<br>Ashlie L. Surur, Esq.<br>Nevada Bar No.11290<br>7425 Peak Drive<br>Las Vegas, Nevada  89128<br>*Attorneys for Solana Del Mar Community Association* | By:__/s/Chet A. Glover_____<br>Kent F. Larsen, Esq.<br>Nevada Bar No. 3463<br>Chet A. Glover, Esq.<br>Nevada Bar No. 10054<br>1935 Village Center Circle<br>Las Vegas, Nevada 89134<br>*Attorneys for JPMorgan Chase Bank, N.A. & Federal National Mortgage Association* |

**ORDER**

IT IS SO ORDERED June 15, 2017.

_____
UNITED STATES DISTRICT JUDGE

2